# EXHIBIT A

https://www.facebook.com/JustEnuffLounge/photos/a.85440877126225900/876245892415421/?type=3&theater





**Just Enuff Lounge**
Like This Page · November 12, 2014 ·

10

1 Share

Like          Comment          Share

Write a comment...





# EXHIBIT B





**Just Enuff Lounge**
Like This Page · July 28, 2018 ·

its another super sexy Saturday here at Just Enuff!!!!

Today's line up - Saturday 07/28/18
Day shift (3pm - 9pm) - Bartender: Chanel
Gabby, envy, brandi, juicy.... See More

8

Like          Comment          Share

Write a comment...

https://www.facebook.com/JustEnuffLounge/photos/a.854435674596443/2300318466674816/?type=3&theater

# EXHIBIT C



# EXHIBIT D



# EXHIBIT E









# EXHIBIT F















# EXHIBIT G





# EXHIBIT H











# EXHIBIT I



# EXHIBIT J



# EXHIBIT K



# EXHIBIT L



