IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA BURCIAGA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 2:22-cv-04179-TJS |
| JUSTENUFF JACK, LLC, et al., | ) **STIPULATION OF DISMISSAL** |
| Defendants. | ) |

The parties to the above-entitled action, pursuant to the provision of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the claims of the Plaintiffs: Jessica Burciaga, Rhian Sugden, Videa Guerra, Brooke Johnson a/k/a Brooke Taylor, Jaime Edmondson Longoria, Emily Scott, Joanna Krupa, Tara Leigh Patrick a/k/a Carmen Electra, Arianny Celeste Lopez, Jennifer Walcott Archuleta, Eva Pepaj, and Ina Schnitzer a/k/a Jordan Carver against the Defendants Justenuff Jack, LLC d/b/a Just Enuff Lounge a/k/a Just Enuff Lounge Gentlemen's Club and Jose A. Arroyo III, be dismissed with prejudice, without costs, and waiving all rights to appeal.

Dated: April 19, 2024

**SIGNATURE PAGE FOLLOWS**

BY:   /s/John V. Golaszewski
     John V. Golaszewski*
     N.Y. Bar No. 4121091
     THE CASAS LAW FIRM, P.C.
     1740 Broadway, 15th Floor
     New York, NY 10019
     john@casaslawfirm.com
     T:  646-872-3178
     F:  855-220-9626
     *admitted Pro Hac Vice

*Attorneys for Plaintiffs*

BY:   /s/ Gerald B. Baldino, III
     Gerald B. Baldino, III, Esquire
     SACCHETTA & BALDINO
     Attorney I.D. No. 326111
     308 East Second Street
     Media, PA 19063
     P: (610) 891-9212
     F: (610) 891-7190
     gbaldiono@sbattorney.com

*Local Counsel for Plaintiffs*

BY:   /s/ Michael S. Takacs
     Michael S. Takacs
     Brian Breen, Esquire
     Michael S. Takacs, Esquire
     Jesse Endler, Esquire
     Two Commerce Square
     2001 Market Street, Suite 3100
     Philadelphia, PA 19103
     P: 215-627-6900
     F: 215-627-2665

*Attorneys for Defendant*

BY:   /s/ David Kraut, Esquire
     David Kraut, Esquire
     Warren, McGraw & Knowles,
     LLC920 Lenmar Drive
     Blue Bell PA 19422-2000
     610-584-9400 (ext.114)
     215-317-0088 cell
     610-584-9783 fax

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 19th day of April 2024 the foregoing was electronically filed with the U.S. District Court Clerk, Eastern District of Pennsylvania by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

                                                /s/ John V. Golaszewski

John V. Golaszewski, Esq.
The Casas Law Firm, P.C.
1740 Broadway, 15th Floor
New York, New York 10019
Tel: (646) 872-3178
john@talentrights.law

*Attorneys for Plaintiffs*